UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JOSHUA SCHUYLER MASON M.D.,

                    Plaintiff,                    **18-cv-05864-KBF**

- v -

NEW YORK UNIVERSITY, NYU
LANGONE HOSPITALS, NYU LANGONE
HEALTH SYSTEM, NYU LANGONE
MEDICAL CENTER, NYU SCHOOL OF
MEDICINE, NYU MEDICAL CENTER,
NYU  HOSPITALS CENTER, NYU
LANGONE HOSPITAL – BROOKLYN, and
NYU PULMONARY & CRITICAL CARE
ASSOCIATES, LUTHERAN,

                    Defendants.

-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)

       Plaintiff JOSHUA SCHUYLER MASON, M.D. hereby gives notice of his voluntary dismissal without prejudice of Defendant NEW YORK UNIVERSITY, NYU LANGONE HOSPITALS, NYU LANGONE HEALTH SYSTEM, NYU LANGONE MEDICAL CENTER, NYU SCHOOL OF MEDICINE, NYU MEDICAL CENTER, NYU HOSPITALS CENTER, NYU LANGONE HOSPITAL – BROOKLYN, and NYU PULMONARY & CRITICAL CARE

ASSOCIATES, LUTHERAN (collectively "Defendants"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Defendants have not filed an answer or motion for summary judgment as of this time. In support of this notice Plaintiff relies on Rule 41(a)(l) of the Federal Rules of Civil Procedure.

Dated:  July 2, 2018
         New York, New York

                                                  Respectfully submitted,

*Maya Risman*

Maya Risman
RISMAN & RISMAN, P.C.
30 Vesey Street – Sixth Floor
New York, New York 10007
(212) 233-6400
*Counsel for Plaintiff*
*MR6195*

*Christopher Watkins*

Christopher D. Watkins
WATKINS LAW
5 Paradies Lane
New Paltz, NY 12561
(845) 419-2250
*Counsel for Plaintiff*
*CW2240*